# Bhatt Law Firm
## Attorney and Counselor at Law

### Neil T. Bhatt

315-713-4837  
315-713-4818 Fax

536 State Street  
Ogdensburg, NY 13669

March 14, 2019

Hon. Diane Davis  
U.S. Bankruptcy Court  
Alexander Pirnie US Courthouse  
10 Broad St Rm 236  
Utica NY 13502

RE:   Maria E. Reandeau; Chapter 7: Case No.: 17-61491

Dear Judge Davis:

Please accept this request to keep the above-referenced case open for an additional 30 days as a Motion in Violation of the Automatic Stay will be filed in the very near future.

Respectfully,

Neil T. Bhatt